THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT L. FLOWER and GEORGE W. SCHLICTER, Appellants, et al., Defendants.

Argued April 18, 1952; decided May 29, 1952.

*Michael Ruggiero* for Robert L. Flower, appellant.

*Jules B. St. Germain* and *Harry Silver* for George W. Schlicter, appellant.

*Frank A. Gulotta, District Attorney* (*Philip Huntington* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.